UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
TYRONE SWAN,

       Plaintiff,

   v.

DOLLAR TREE STORES, INC.,

       Defendant.
------------------------------------------------------------- x

Docket No. 25-CV-4666

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

   Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Dollar Tree Stores, Inc. hereby certifies as follows: Dollar Tree Stores, Inc.'s parent company is Dollar Tree, Inc. Dollar Tree, Inc. is a publicly held company and Vanguard Group, Inc. owns 10% or more of its stock.

Dated: New York, New York
    August 4, 2025

Respectfully submitted,

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By:  */s/ Brian Murphy*
   Brian Murphy
   Jamie Moelis
   30 Rockefeller Plaza
   New York, New York 10112
   Telephone: (212) 653-8700
   Facsimile: (212) 653-8701
   bmurphy@smrh.com
   *Attorneys for Dollar Tree Stores, Inc.*