**SheppardMullin**

> **MEMO ENDORSED**
>
> [signature]
>
> **HON. VALERIE FIGUEREDO**
> **UNITED STATES MAGISTRATE JUDGE**
>
> Dated: 8/12/25
>
> The deadline to submit a proposed scheduling order is adjourned. The parties are directed to file a proposed scheduling order within seven days of the final mediation session. This resolves the motion at ECF No. 13.

August 11, 2025

**VIA ECF**

Hon. Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Swan v. Dollar Tree Stores, Inc.,* No. 1:25-cv-04666-JPO-VF

Dear Judge Figueredo:

We represent Defendant Dollar Tree Stores, Inc ("Dollar Tree" or "Defendant") in connection with the above-referenced matter. We write jointly with Counsel for Plaintiff to respectfully request that the parties be relieved from submitting a proposed scheduling order by August 26, 2025, in light of the Court's referral of this matter to mediation. (ECF Nos. 10-11).

The parties submit that mediation may resolve or substantially narrow the issues in dispute, and therefore believe that deferring the submission of a scheduling order would allow for a more informed and efficient approach, should further proceedings be necessary.

If the case is not resolved through mediation, the parties will promptly notify the Court so that a proposed scheduling order may then be set.

We thank the Court for its consideration of this request.

        Respectfully submitted,

        */s/ Brian D. Murphy*

        Brian D. Murphy
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:   Jessica Massimi, Esq.