UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TYRONE SWAN,

                                **Plaintiff,**                        25-CV-4666 (JPO) (VF)

             -against-                             **ORDER**

**DOLLAR TREE STORES, INC.**

                                **Defendant.**

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On August 12, 2025, the parties were directed to submit a proposed scheduling order within 7 days of their final mediation session. See ECF No. 14. The final report of the mediator was filed on October 29, 2025. See ECF No. 15. The parties are hereby directed to submit a joint proposed scheduling order by **November 21, 2025**.

                SO ORDERED.

DATED:    New York, New York
                November 13, 2025

                                                        VALERIE FIGUEREDO
                                                        United States Magistrate Judge